UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DEBORAH LAUFER,
         Plaintiff,

v.                                    3:20-cv-684-wmc

AMERICAN HOTEL ASSOCIATION, LLC,
         Defendant.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through undersigned counsel, hereby dismisses the instant action with

prejudice. Defendant has not filed an answer or motion for summary judgment. Plaintiff is

therefore entitled to dismissal under Rule 41(a)(1)(A)(i).

Respectfully submitted,

By: /s/ Thomas B. Bacon
Thomas B Bacon
Thomas B. Bacon, P.A.
4369 Lake Rd.
Williamson, NY 14589
954-478-7811
Email: tbb@thomasbaconlaw.com

Certificate of Service
I hereby certify that a true and correct copy of the foregoing was served on all counsel of
record via this Court's CM/ECF system this 21st day of July, 2023.

By: /s/ Thomas B. Bacon